No. 87–6437. BAKER *v.* PIGGOTT. C. A. 11th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.